FILED

JAN 2 0 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| BRAZOS RIVER AUTHORITY,<br>    Plaintiff,<br><br>vs.<br><br>IONICS, INCORPORATED, and CAJUN<br>CONSTRUCTORS, INC. f/k/a<br>CAJUN CONTRACTORS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION W-03-CA-324 |

## A M E N D E D   O R D E R

Before the Court are several Motions in Limine filed by the parties in this case. The Court, having considered these motions and after hearing the arguments of counsel, finds as follows:

It is **ORDERED** that Plaintiff Brazos River Authority's Motion in Limine is **GRANTED**. It is further

**ORDERED** that Defendant Ionics, Incorporated's Motion in Limine is **GRANTED** in part and **DENIED** in part. The Court grants the motion in limine in all respects, except Issues Number 6, 12, 40, 42, 43, 44 and 45.  It is further

**ORDERED** that the First Supplemental Motion in Limine of Defendant Ionics, Incorporated is **GRANTED**. It is further

**ORDERED** that Defendant Ionics, Incorporated's Second Supplement Motion in Limine is **GRANTED**. It is further

267

**ORDERED** that the Motion in Limine of Defendant Cajun Constructors is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** this 20° day of January, 2005.

                                  **WALTER S. SMITH, JR.**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**